In the Matter of the Transfer Tax upon the Estate of FREDERICK T. SHERMAN, Deceased.
ARNOLD W. SHERMAN et al., as Executors, Appellants; COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Sherman (Estate),* 179 App. Div. 497, affirmed.
(Argued November 14, 1917; decided December 4, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 2, 1917, which reversed an order of the Otsego County Surrogate's Court fixing the transfer tax upon the estate of Frederick T. Sherman, deceased. On the appraisal of this estate for taxation under the Transfer Tax Act, the executors, appellants herein, claimed that the amount of the Federal tax, $3,649.45, paid by them to the United States under the Federal Revenue Act of September 8, 1916, title 2, entitled " Estate Tax," sections 200–212, should be allowed as a deduction. This on the appeal to the surrogate was allowed, but the Appellate Division, reversing the order below, held that this Federal tax paid by the executors out of the estate was not a proper deduction under our laws.

*Jerome S. Seacord* for appellants.

*John B. Gleason* and *Lafayette B. Gleason* for respondent.

Order 'affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Cuddeback, Cardozo, McLaughlin, Crane and Andrews, JJ.